## SUMMONS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD

**ETHAN KESTNER,**

    **Plaintiff,**

vs.                                                            CIVIL ACTION NO. 1:20-cv-00323
                                                                  HONORABLE _____

**JAMES R. CRANDALL,**
**GREENWOOD MOTOR LINES, INC.**
**d/b/a R+L CARRIERS,**
**R & L TRANSFER, INC.,**
**R & L CARRIERS, INC.,**
**R+L TRUCKLOAD SERVICES, L.L.C. and**
**R&L CARRIERS SHARED SERVICES, L.L.C.**

    **Defendants.**

## SUMMONS

**TO:**    **R & L TRANSFER, INC.**
          **JEFF WADE**
          **600 GILLAM ROAD**
          **WILMINGTON, OH 45177**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon **Brian E. Bigelow**, Plaintiff's attorney, whose address is **P.O. Box 5559, 101 N. Kanawha Street Suite 101, P.O. Box 5559, Beckley, West Virginia 25801,** an answer, including any related counterclaim you may have, to the **Complaint** filed against you, in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer to the Complaint within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint, and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: _____

                                                                 _____
                                                                 Clerk of Court

                                                                 By: _____